IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **RACHEL POPE**<br>　　*Plaintiff,* | §<br>§<br>§<br>§ | |
| vs. | §<br>§ | **NO. 4:21-CV-03515** |
| **BAYLOR COLLEGE OF MEDICINE,**<br>　　*Defendant.* | §<br>§<br>§<br>§ | **JURY TRIAL DEMANDED** |

## NOTICE OF SETTLEMENT

The parties have reached an agreement in principal to settle this matter. The parties have finalized their confidential settlement agreement and will file a stipulation for dismissal with prejudice on or before December 15, 2022.

Dated: November 4, 2022

*Of Counsel:*

**Erin McNamara**
State Bar No. 24109538
S.D. I.D. No. 3266640
emcnamara@littler.com
LITTLER MENDELSON, P.C.
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX 75201-2931
713.951.9400 (Telephone)
713.951.9212 (Facsimile)

/s/ *Nehal S. Anand*
**Nehal S. Anand** (Attorney-in-Charge)
State Bar No. 24070600
S.D. I.D. No. 1061200
nanand@littler.com
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, TX  77010
713.951.9400 (Telephone)
713.951.9212 (Facsimile)

**ATTORNEYS FOR DEFENDANT
BAYLOR COLLEGE OF MEDICINE**

/s/ *Nitin Sud \*With Permission*
Nitin Sud
State Bar No. 24051399
FederaL ID No. 611307
nsud@sudemployment law.com
SUD LAW P.C.
6750 West Loop South, Suite 920
Bellaire, Texas 77401
832.623.6420 (Telephone)
832.304.2552 (Telecopier)
**ATTORNEY FOR PLAINTIFF**
**RACHEL POPE**

## CERTIFICATE OF SERVICE

    I hereby certify that on November 4, 2022, a true and correct copy of the above and foregoing instrument was served on counsel for Plaintiff via the Court's CM/ECF system, and addressed as follows:

Nitin Sud
6750 West Loop South, Suite 920
Bellaire, Texas 77401
Fax: 832-304-2552
nsud@sudemploymentlaw.com

*/s/ Nehal S. Anand*
Nehal S. Anand